IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 28 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket No. 3:99cr10WS-001 |
| ) | |
| HENRY WEST FLORENCE ) | |

### ORDER REGARDING DISMISSAL OF SPECIAL CONDITION CONCERNING STATE CHILD SUPPORT OBLIGATION

This day, this cause came to be heard by the Court, on the recommendation of the U.S. Probation Officer, regarding the above named offender's special condition of supervised release. On October 19, 1999, Henry West Florence was sentenced to ninety-two (92) months imprisonment with a three (3) year term of supervised release to follow, after he pled guilty to Possession with Intent to Distribute Cocaine, a violation of 21 U.S.C. § 841(a)(1). The Court ordered four special conditions of supervision as listed on the Judgement and Commitment Order to include: The defendant is found to be in arrears as to his child support obligation in the amount of $ 8,900. The child support is payable during the period of incarceration. Any balance remaining upon release shall be paid during the period of supervised release at a rate of no less than $ 150 per month, with the final payment due during the 34th month of supervision. Payments shall be made to the Mississippi Department of Human Services (MDHS) and forwarded to MDHS/CRDU (Central Receiving and Disbursement Unit), Post Office Box 4301, Jackson, Mississippi 39296, and identified as Account Number 603364422.

RE: FLORENCE, Henry West
<u>Order Regarding Dismissal of</u>
<u>Special Condition</u>
Page 2 of 2

Florence began supervision in the Southern District of Mississippi on December 28, 2005. On January 13, 2006, contact was made with the MDHS/CRDU on behalf of Florence. According to an MDHS/CRDU official, Terry Oriely, Florence has two (2) current cases in their system. He was named as the father of two children in bench trials where he was not present to answer or defend himself as to the question of paternity. No paternity DNA tests have ever been done but MDHS/CRDU is currently tracking the cases and garnishing the Florence's wages at a rate of $400.00 per month. After reviewing the totality of the situation, any further involvement in this state matter by the Federal Court is not necessary and should be the sole responsibility of MDHS/CRDU.

The Court therefore orders special condition "1", as listed on the Judgement and Commitment Order, to be dismissed. All remaining conditions of supervised release are upheld at this time.

SO ORDERED this the 28th day of February, 2006.

HENRY T. WINGATE
CHIEF U.S. DISTRICT JUDGE

Criminal No. 3:99-cr-10 WS